THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SAMUEL HOLZMAN, Appellant.

*Crimes — making and possessing burglar's tools — judgment of conviction reversed.*

*People* v. *Holzman*, 197 App. Div. 937, reversed.

(Argued December 5, 1921; decided December 13, 1921.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 10, 1921, which affirmed a judgment of the Court of Special Sessions of the city of New York rendered upon a verdict convicting the defendant of the crime of making and having in his possession burglar's tools in violation of section 408 of the Penal Law.

*Alfred Rathheim, William T. Collins* and *Benjamin F. Schreiber* for appellant.

*Edward Swann, District Attorney (Michael J. Driscoll* of counsel), for respondent.

*Per Curiam.* The record in this case fails to disclose facts sufficient to justify a conclusion that the defendant made or had in his possession tools under circumstances evincing an intent to use or employ, or allow the same to

be used or employed, in the commission of a crime, or that he had knowledge that the said tools were intended to be so used.

The judgments should be reversed and a new trial granted.

HISCOCK, Ch. J., HOGAN, CARDOZO, MCLAUGHLIN, CRANE and ANDREWS, JJ., concur; POUND, J., absent.

Judgments reversed, etc.